IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO.: 09-002-03 |
| SICA LAM | : | |

## ORDER

AND NOW, this 14th day of September, 2010, upon consideration of the Government's motion to dismiss without prejudice Count Two of the indictment as to defendant Sica Lam, it is hereby

## ORDERED

that Count Two of Indictment No. 09-002 as to defendant Sica Lam is hereby dismissed without prejudice.

BY THE COURT:

_____
HONORABLE PAUL S. DIAMOND
*Judge, United States District Court*